Affirmed and Memorandum Opinion filed February 1, 2007








Affirmed
and Memorandum Opinion filed February 1, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00046-CR

____________

 

TENICHA BENICHA GILFORD, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 339th District
Court

Harris County, Texas

Trial Court Cause No.
1020619

 



 

M E M O R A N D U M   O P I N I O N

A jury
convicted  appellant of aggravated robbery.  On January 11, 2006, appellant was
sentenced to confinement for fifty years in the Institutional Division of the
Texas Department of Criminal Justice.  Appellant filed a timely, written notice
of appeal.








Appellant=s appointed counsel filed a brief in
which he concluded the appeal is wholly frivolous and without merit.  The brief
meets the requirement of Anders v. California, 386 U.S. 738, 87 S.Ct.
1396 (1967), by presenting a professional evaluation of the record and
demonstrating why there are no arguable grounds to be advanced.  See High v.
State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy
of counsel=s brief was delivered to appellant.  Appellant was advised of the right
to examine the appellate record and file a pro se response.  See Stafford v.
State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991).  Appellant requested and
was provided a copy of the record.  As of this date, more than forty-five days
has elapsed and no pro se response has been filed.

We have
carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit.  Further, we find no reversible error in
the record.  A discussion of the brief would add nothing to the jurisprudence
of the state.

Accordingly,
the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
February 1, 2007.

Panel consists of Chief Justice Hedges and Justices
Fowler and Edelman. 

Do Not Publish C Tex. R. App. P.
47.2(b).